**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In Re: Bill T. and Sue L Denson  
      Debtor(s)

Case No: 18-33688-H2-13  
Chapter 13

# NOTICE OF HEARING REGARDING (1) CONFIRMATION OF PROPOSED CHAPTER 13 PLAN, (2) VALUATION OF COLLATERAL; (3) DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE, (4) CONVERSION OF CHAPTER 13 CASE, AND (5) ENTRY OF OTHER ORDERS CONCERNING ADMINISTRATION OF CASE

The United States Bankruptcy Court will conduct a hearing on whether (1) to confirm the debtor(s)' proposed bankruptcy plan, (2) dismiss this case, (3) convert this case to a case under Chapter 7, and/or (4) to enter other orders concerning the administration of this case. The Court will also consider valuation of security pursuant to FED. R. BANKR. P. 3012. The hearing will take place at 10:00 am on October 09, 2018 at 515 Rusk Ave, Houston, 77002, on the 4th Floor of the U.S. Courthouse, in Courtroom 400.

Attached to this notice is a copy of the statistical cover sheet submitted by the debtor(s) with their proposed plan. This cover sheet serves as a summary of the plan. A complete copy of the proposed plan is available from clerk of the Court or the debtor(s) attorney. The Court may consider the current plan or a modified plan at the confirmation hearing.

If you object to confirmation of the plan, you must file your objection at least five days before the confirmation hearing and serve a copy of the objection on the debtor, the debtor(s)' counsel, the Chapter 13 trustee, and parties requesting notice.

If the plan is not confirmed, the Court may consider whether to dismiss this Chapter 13 case due to unreasonable delay that is prejudicial to creditors. The Court may also consider whether the case should be converted to a case under Chapter 7 of the Bankruptcy Code.

The Court may also consider whether to enter other orders that are appropriate for administration of this case.

/s/ William E. Heitkamp  
William E. Heitkamp, Trustee  
Admissions I.D. No. 3857  
9821 Katy Freeway, Suite 590  
Houston, Texas 77024  
(713) 722-1200

The Debtor(s)' "**Plan Summary and Statistical Cover Sheet to Proposed Plan**" is not attached because it was not on file with the Bankruptcy Court. Please contact the **Debtor(s)' Attorney** for more information.

```
Case 18-33688   Document 33   Filed in TXSB on 08/29/18   Page 3 of 3
```

United States Bankruptcy Court
Southern District of Texas

In re:                                                         Case No. 18-33688-drj
Bill T. Denson                                                 Chapter 13
Sue Lin Denson
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0541-4    User: dhan    Page 1 of 1    Date Rcvd: Aug 27, 2018
                        Form ID: pdf012    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2018.
```
db/jdb     +Bill T. Denson,  Sue Lin Denson,  6915 Foxport Ln,  Humble, TX 77338-1324
cr         +Deutsche Bank Natiional Trust Comany, as Certifica,  1920 Old Tustin Avenue,
             Santa Ana, CA 92705-7811
10301030   +Consumer Cellular,  P.O. Box 7175,  Pasadena, CA 91109-7175
10301032   +Friendly Loans,  9030 N. Freeway #110,  Houston, TX 77037-2112
10301033    Hunters Glen MUD,  6601 Cypress Point Dr.,  Houston, TX 77069
10301034   +Main Finance Service,  64 E. Crosstimbers St. #A,  Houston, TX 77022-6217
10301035   +Mercury Acceptance,  11209 Market,  Houston, TX 77029-2302
10330958   +SANTANDER CONSUMER USA,  P.O. Box 560284,  Dallas, TX 75356-0284
10301036   +Santander Consumer,  Po Box 961245,  Ft Worth, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10311085      E-mail/Text: bankruptcynotice@franklincredit.com Aug 27 2018 22:53:36
              Deutsche Bank National Trust Company, as,  c/o Franklin Credit Management Corp.,
              PO Box 2301,  Jersey City, NJ 07303-2301
10301031      E-mail/Text: bankruptcynotice@franklincredit.com Aug 27 2018 22:53:36
              Franklin Credit Management Corp,  101 Hudson St., 25th Floor,  Jersey City, NJ 07302
10292596      E-mail/Text: cio.bncmail@irs.gov Aug 27 2018 22:53:15    INTERNAL REVENUE SERVICE,
              P O Box 7346,  Philadelphia PA 19101-7346
10322234      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2018 22:49:42
              LVNV Funding, LLC its successors and assigns as,  assignee of MHC Receivables, LLC,
              Resurgent Capital Services,  PO Box 10587,  Greenville, SC 29603-0587
10329211      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2018 22:49:42
              LVNV Funding, LLC its successors and assigns as,  assignee of Arrow Financial Services,,
              LLC,  Resurgent Capital Services,  PO Box 10587,  Greenville, SC 29603-0587
10322236      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2018 22:50:22
              LVNV Funding, LLC its successors and assigns as,  assignee of Capital One Bank (USA), N.A.,
              Resurgent Capital Services,  PO Box 10587,  Greenville, SC 29603-0587
10301037     +E-mail/Text: jennifer.chacon@spservicing.com Aug 27 2018 22:55:50
              Select Portfolio Servicing, Inc.,  ATTN: BANKRUPTCY DEPARTMENT,  P.O. Box 65250,
              Salt Lake City, UT 84165-0250
10301038      E-mail/Text: txulec09@vistraenergy.com Aug 27 2018 22:54:55    TXU Energy,
              200 W. John Carpenter fwy,  Irving, TX 75039
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              SELECT PORTFOLIO SERVICING, INC.
                                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2018 at the address(es) listed below:
```
          Christa Ramirez Mills   on behalf of Joint Debtor Sue Lin Denson cmills@lonestarlegal.org
          Christa Ramirez Mills   on behalf of Debtor Bill T. Denson cmills@lonestarlegal.org
          Jennifer R. Bergh   on behalf of Creditor   Deutsche Bank Natiional Trust Comany, as Certificate
           Trustee on Behalf of Bosco Credit II Trust Series 2010-1 jbergh@ghidottilaw.com
          Kirk Anthony Schwartz   on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC.
           kschwartz@logs.com, txbksouthern@logs.com
          US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
          William E. Heitkamp    heitkamp@ch13hou.com
                                                                                             TOTAL: 6
```