Fill in this information to identify the case:

Debtor 1: Bill T Denson

Debtor 2 (Spouse, if filing): Sue Lin Denson

United States Bankruptcy Court for the: Southern District of TX (State)

Case number: 18-33688

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Deutsche Bank National Trust Company, as Certificate Trustee on Behalf of Bosco Credit II Trust Series 2010-1

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 8 1 2 0

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 7/30/18; 9/11/18 | (5) | $ 900.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2         **Notice of Postpetition Mortgage Fees, Expenses, and Charges**         page 1

| Debtor 1 | Bill T Denson | | Case number (*if known*) 18-33688 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Kristin Zilberstein
Signature

Date 11 / 06 / 2018

Print: Kristin Zilberstein
First Name   Middle Name   Last Name

Title: Authorized Agent

Company: The Law Offices of Michelle Ghidotti

Address: 1920 Old Tustin Ave
Number    Street
Santa Ana CA 92705
City           State     ZIP Code

Contact phone (949) 427 – 2010

Email kzilberstien@ghidottilaw.com

Kristin Zilberstein, Esq. (SBN: 200041)
Adam Thursby, Esq. (SBN: 318465)
Jennifer Bergh, Esq. (SBN: 305219)
Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph:  (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

Authorized Agent for Creditor
Deutsche Bank National Trust Company, as Certificate Trustee on Behalf of Bosco Credit II Trust Series 2010-1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS– HOUSTON DIVISION

| | |
|---|---|
| In Re: | CASE NO.:  18-33688 |
| Bill T Denson and Sue Lin Denson, | CHAPTER 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

### **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On November 13, 2018 I served the following documents described as:

- **Notice of Postpetition Mortgage Fees, Expenses, and Charges**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Bill T. Denson<br>6915 Foxport Ln<br>Humble, TX 77338<br><br>**Joint Debtor**<br>Sue Lin Denson<br>6915 Foxport Ln<br>Humble, TX 77338<br><br>**Debtor's Counsel**<br>Christa Ramirez Mills<br>Lone Star Legal Aid<br>2929 McKinney St<br>2nd Floor<br>Houston, TX 77003 | **Trustee**<br>William E. Heitkamp<br>Office of Chapter 13 Trustee<br>9821 Katy Freeway<br>Ste 590<br>Houston, TX 77024<br><br>**U.S. Trustee**<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002 |
|---|---|

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 13, 2018 at Santa Ana, California

/*s / Krystle Miller*
Krystle Miller

2
CERTIFICATE OF SERVICE