Official Form 420B (Notice of Objection to Claim) (12/16)

# United States Bankruptcy Court
## Southern District of Texas

| | | | |
|---|---|---|---|
| In re | **Bill T. Denson**<br>**Sue Lin Denson** | Case No. | **18-33688** |
| | Debtor | | |
| Address | **6915 Foxport Ln.**<br>**Humble, TX 77338-1324** | Chapter | **13** |
| Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): | xxx-xx-8886 & xxx-xx-4846 | | |
| Employer's Tax Identification (EIN) No(s). (if any): | | | |

### NOTICE OF OBJECTION TO CLAIM

<u>Andrew Moore h</u>as filed an objection to your claim in this bankruptcy case.

**This is an objection to your claim. This objection asks the Court to disallow the claim that you filed in this bankruptcy case. If you do not file a response within 30 days after the objection was served on you, your claim may be disallowed without a hearing.**

**A hearing has been set on this matter on January ___ 2019 at _____ in the Courtroom, 515 Rusk Avenue, Houston, Texas 77002.**

   This Notice of Objection to Claim is in reference to the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by you, Deutsche Bank National Trust Company, as Certificate Trustee on Behalf of Bosco Credit II Trust Series 2010-1.

   This secured claim was filed November 13, 2018 in the amount of $900 for dates July 30, 2018 and September 11, 2018. The dates listed in this postpetition fail to itemize what the actual fees, expenses, or charges were, or how they incurred or were initiated in connection with this postpetition claim. We have failed to reach an agreement on these additional postpetition mortgage fees, expenses, and charges after the initial contact by the office of Andrew Moore, December 5, 2018 to Ms. Zilberstein regarding these claims.

<u>**Your claim may be reduced, modified, or eliminated**</u>. **You should read these papers carefully and discuss them with your attorney, if you have one.**

   If you do not want the court to eliminate or change your claim, then on or before **January      2019**, you or your lawyer must:

   File with the court a written Motion bearing the caption unopposed or opposed explaining your position to:

   Albert E. Alonzo - Case Manager
   U.S.Bankruptcy Court, Southern District of Texas
   515 Rusk Avenue
   4th Floor, Room 4505
   Houston, Texas 77002

   If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

   You must also mail a copy to:

   Andrew Moore
   Lone Star Legal Aid

2929 Mckinney Street
Houston, Texas 77003

I hereby certify that on or before December 10, 2018, a true and correct copy of the foregoing Notice of Objection to Claim was served on all parties in this case this listed below:

Attend the hearing on the objection, scheduled to be held on _____, **2019**, at ___a.m./p.m. in Courtroom ___, United States Bankruptcy Court, {address}.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Date  1/4/19

Signature
Name      Andrew Moore 24105428 TX
Address   Lone Star Legal Aid
          2929 McKinney Street
          Houston, TX 77003

## United States Bankruptcy Court
### Southern District of Texas

In re  Bill T. Denson
       Sue Lin Denson
                              Debtor(s)

Case No.  18-33688
Chapter   13

### AFFIDAVIT ON NOTICE OF OBJECTION OF PROOF OF CLAIM

The Notice on Objection to Claim, in the above captioned case being duly sworn upon oath, deposes and states as follows:

That I have personal knowledge of the Notice of Objection to Proof of Claim filed in the Bankruptcy Court Southern District of Texas on December 11, 2018.

That on December 5, 2018 I placed a call to Kristin Zilberstein, Deutsche Bank National Trust Companies authorized agent to inquire about the Notice of Postpetition Mortgage Fees, Expenses, and Charges pleading that was filed with the Court on November 13, 2018. In particular I asked exactly what these postpetition fees of $900 were for since the only thing listed was 2 dates of when the fees occurred but no real itemization.

I was informed that these fees were to do with the preparation of bankruptcy documents and that these types are fees are not usually waived because if the bankruptcy had not been filed these additional fees would not have occurred. I asked if Ms. Zilberstein could follow-up and find out if we could come to an agreement on these fees and left my contact information. To date I have not received any further communications from Ms. Zilberstein, nor have the fees been waived or reduced.

**By signing this affidavit, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to confirm the Chapter 13 Plan. The Court may revoke confirmation of the Chapter 13 if the statements relied upon are not accurate.**

FURTHER AFFIANT SAYETH NOT:

Date  December 11, 2018         Signature _____

Subscribed and sworn to before me this  11th  day of  December 2018

My Commission Expires:  7/19/20

ROSALIE MIRANDA
130738148
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
JULY 19, 2020